JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY SANDERS, | No. CV 15-8866-ODW (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| J. PRICE, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: December 1, 2015

_____
OTIS D. WRIGHT, II
United States District Judge